**Chrls LA BARBA v. STATE.**

No. 17401.

Court of Criminal Appeals of Texas.

Jan. 16, 1935.

**Mrs. W. L. KIGHT v. STATE.**

No. 17207.

Court of Criminal Appeals of Texas.

Jan. 2, 1935.

Oscar Callaway, of Comanche, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

E. H. Grindstaff, of Weatherford, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

No. 17400.

Court of Criminal Appeals of Texas.

Jan. 16, 1935.

E. H. Grindstaff, of Weatherford, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**Chrls LA BARBA v. STATE.**

No. 17402.

Court of Criminal Appeals of Texas.

Jan. 16, 1935.

LATTIMORE, Judge.

Conviction for manufacturing intoxicating liquor; punishment, one year in the penitentiary.

E. H. Grindstaff, of Weatherford, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for maintaining premises for the purpose of manufacturing intoxicating liquor; punishment being assessed at one year in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute the appeal, and at his request the same is dismissed.